John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole V. Barvie, Esq. (SBN 282352)
Katherine E. Orletsky, Esq. (SBN 299857)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447
Attorneys for Defendant COUNTY OF IMPERIAL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIE AYALA, et al., | Case No.: 15cv397-LAB (NLS) |
| Plaintiff, | COUNTY OF IMPERIAL'S NOTICE OF MOTION AND MOTION TO DISMISS |
| v. | |
| COUNTY OF IMPERIAL, dba as IMPERIAL NARCOTICS TASK FORCE, IMPERIAL COUNTY DISTRICT ATTORNEY'S OFFICE, and IMPERIAL COUNTY SHERIFF'S DEPARTMENT; THE CITY OF EL CENTRO; THE CITY OF BRAWLEY; THE CITY OF IMPERIAL; THE CITY OF CALEXICO; THE UNITED STATES DRUG ENFORCEMENT AGENCY; THE UNITED STATES BORDER PATROL; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and Does 1 through 30, | [FRCP 12(b)(6)] |
| | DATE:   June 15, 2015 |
| | TIME:   11:15 a.m. |
| | CTRM:   14A |
| | Hon. Larry A. Burns |
| | **NO ORAL ARGUMENT REQUESTED** |
| Defendants. | |

TO PLAINTIFFS VIRGIE AYALA, SANDRA BARRAZA, ANTHONY AYALA, ANNMAREE AYALA and NACALLI AYALA:

PLEASE TAKE NOTICE that on June 15, 2015 at 11:15 a.m. in courtroom 14A of the above captioned court located at 333 West Broadway, San Diego, CA 92101, COUNTY OF IMPERIAL, also erroneously sued herein as dba IMPERIAL COUNTY NARCOTICS TASK FORCE, IMPERIAL

COUNTY DISTRICT ATTORNEY'S OFFICE and IMPERIAL COUNTY SHERRIFF'S OFFICE (hereinafter "COUNTY") will and hereby does move this court to dismiss the second through fifth causes of action against the COUNTY pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1)  The second cause of action for Substantive Due Process (42 U.S.C. §1983) fails to state a claim upon which relief may be granted;

2)  The third cause of action for Municipal Liability-Ratification (42 U.S.C. §1983) fails to state a claim upon which relief may be granted;

3)  The fourth cause of action for Municipal Liability-Inadequate Training (42 U.S.C. §1983) fails to state a claim upon which relief may be granted.

4)  The fifth cause of action for Municipal Liability-Unconstitutional Custom Practice or Policy (42 U.S.C. §1983) fails to state a claim upon which relief may be granted.

The motion is based upon this notice, the memorandum of points and authorities served and filed herewith, the Complaint for Damages on file in this action and any further oral or documentary evidence which the court may consider at the time of the hearing.

Respectfully submitted,

McCORMICK, MITCHELL & RASMUSSEN

Dated:  May 11, 2015

/s/ Konrad M. Rasmussen
_____
John P. McCormick
Konrad M. Rasmussen
Nicole Barvie
Katherine E. Orletsky
Attorneys for Defendant County of Imperial