John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole V. Barvie, Esq. (SBN 282352)
Katherine E. Orletsky, Esq. (SBN 299857)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447
Attorneys for Defendant COUNTY OF IMPERIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIE AYALA, et al.,<br><br>        Plaintiff,<br>   v.<br><br>COUNTY OF IMPERIAL, dba as IMPERIAL COUNTY NARCOTICS TASK FORCE, IMPERIAL COUNTY DISTRICT ATTORNEY'S OFFICE, and  IMPERIAL COUNTY SHERIFF'S DEPARTMENT; THE CITY OF EL CENTRO; THE CITY OF BRAWLEY; THE CITY OF IMPERIAL; THE CITY OF CALEXICO; THE UNITED STATES DRUG ENFORCEMENT AGENCY; THE UNITED STATES BORDER PATROL; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and Does 1 through 30,<br><br>        Defendants. | Case No.: 15cv397-LAB (NLS)<br><br>COUNTY OF IMPERIAL'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS<br><br>[FRCP 12(b)(6)]<br><br>DATE:      June 15, 2015<br>TIME:       11:15 a.m.<br>CTRM:     14A<br><br>Hon. Larry A. Burns |

Defendant COUNTY OF IMPERIAL, erroneously sued herein, dba as IMPERIAL COUNTY NARCOTICS TASK FORCE, IMPERIAL COUNTY DISTRICT ATTORNEY'S OFFICE,  and  IMPERIAL COUNTY SHERIFF'S DEPARTMENT (hereinafter "County") respectively submits it memorandum of points and authorities in support of its motion to dismiss the second through fifth causes of action in the Complaint.

# I. STATEMENT OF FACTS

Plaintiffs sue individually and as purported successors in interest to Mark Anthony Ayala ("Decedent"), seeking damages from the County, other government agencies and unidentified individuals stemming from the alleged shooting of Decedent. None of the alleged shooters is identified by name. However, the Complaint does classify Defendants Does 11 through 15 as employees of County. They are agents of the State of California who were acting within the course and scope of that agency. (Complaint ¶¶ 11, 14).

# II. DISCUSSION

A. <u>The second cause of action for Substantive Due Process (42 U.S.C. §1983) against the County fails because the County cannot be held vicariously liable as a matter of law.</u>

A municipality such as the County of Imperial cannot be held vicariously liable under 42 U.S.C. §1983. *Monell v. Department of Soc. Svcs.* 436 U.S. 658, 691 (1978). Thus the second cause of action under §1983 cannot lie against County.

B. <u>The second, third, fourth and fifth causes of action under 42 U.S.C. §1983 each fail to state a claim against the County.</u>

In assessing a claim of municipal liability under §1983, the initial inquiry is whether the Complaint asserts a 42 U.S.C. §1983 claim against any of the individual defendants. If there is no constitutional violation on the part of any of the individuals, then municipal liability does not attach. *Los Angeles v. Heller* 475 US 796, 799 (1986). The Complaint admits the only individuals employed by the County, Does 11-15, were agents of the State of California who were acting within the course and scope of his or her agency. (Complaint ¶¶ 11, 14). As state officials, these individuals are not considered "persons" within the meaning of §1983, due to the sovereign immunity generally afforded states by

1  the Eleventh Amendment.  Because the Complaint judicially admits the County's
2  employees are agents of the State who acted within the scope of that agency, they
3  cannot be sued under 42 U.S.C. §1983.  *Will v. Michigan Dept. of State Police*
4  491 U.S. 58, 71 (1989); *Cortez v. County of Los Angeles* 294 F. 3d 1186, 1188
5  (9th Cir. 2002).  As none of the individual County employees can be liable, the
6  County cannot be held liable under any §1983 municipal liability theory, whether
7  it be styled Substantive Due Process, Ratification, Inadequate Training, or
8  Unconstitutional Custom, Practice or Policy.

Respectfully submitted,

McCORMICK, MITCHELL & RASMUSSEN

/s/ Konrad M. Rasmussen

Dated:  May 11, 2015     _____

John P. McCormick
Konrad M. Rasmussen
Nicole Barvie
Katherine E. Orletsky
Attorneys for Defendant County of Imperial