John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole Barvie, Esq. (SBN 282352)
McCORMICK MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendant COUNTY OF IMPERIAL, also erroneously sued herein as THE IMPERIAL COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIE AYALA, et al., | Case No.: 15cv397-LAB (NLS) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| THE CITY OF EL CENTRO; THE COUNTY OF IMPERIAL; THE IMPERIAL COUNTY SHERIFF'S DEPARTMENT; THE STATE OF CALIFORNIA and Does 1 through 100, | |
| Defendants. | |

I, Sally C. Peach, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the service

occurs. My business address is 8885 Rio San Diego Drive, Suite 227, San Diego, CA 92108.

On May 11, 2015 I served the following:

1. **COUNTY OF IMPERIAL'S NOTICE OF MOTION AND MOTION TO DISMISS**

2. **COUNTY OF IMPERIAL'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

On:

Thomas Girardi                Attorneys for Plaintiff Martin Lerma-Mayoral
tgirardi@girardikeese.com

Eduardo Rivera                Attorneys for Plaintiff Virgie Ayala
Eduardo_a_rivera@yahoo.com

Michael Gibbs                 Attorneys for Defendant City of Imperial
mgibbs@gibbsandfuerst.com

Service was effectuated as follows:

☒   ELECTRONIC SERVICE. Complying with the Federal Rules of Civil Procedure 5 and 83, I caused such document(s) to be electronically served using the Court's Electronic Case Filing System.

I declare under the penalty of perjury under the laws of the State of California the above is true and correct. Executed on May 11, 2015 at San Diego, California.

_____
Sally C. Peach