**GIBBS & FUERST** LLP
600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, Bar No. 076519
Mgibbs@gibbsandfuerst.com
Steven A. Tisi, Bar No. 169006
Stisi@gibbsandfuerst.com

Attorneys for Defendants CITY OF BRAWLEY, CITY OF EL CENTRO and CITY OF IMPERIAL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIE AYALA, individually and as successor in interest to Decedent Mark Anthony Ayala; SANDRA BARRAZA, individually and as successor in interest to Decedent Mark Anthony Ayala; ANTHONY AYALA, a minor by Sandra Barraza, his guardian, individually and as successor in interest to Decedent Mark Anthony Ayala; ANNMAREE AYALA, a minor by Sandra Barraza, his guardian, individually and as successor in interest to Decedent Mark Anthony Ayala; NACALLI AYALA, a minor by Sandra Barraza, his guardian, individually and as successor in interest to Decedent Mark Anthony Ayala,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF IMPERIAL , DBA AS IMPERIAL COUNTY NARCOTICS TASK FORCE, IMPERIAL COUNTY DISTRICT ATTORNEY'S OFFICE and IMPERIAL COUNTY SHERIFF'S OFFICE; THE CITY OF EL CENTO, a municipal corporation; THE CITY OF BRAWLEY; a | No. 15 CV 0397 LAB NLS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS [F.R.C.P. §12(b)(6)]**<br><br>DATE:   June 15, 2015<br>TIME:   11:15 a.m.<br>DEPT.:  14A<br><br>**NO ORAL ARGUMENT REQUESTED**<br><br>Hon. Larry Alan Burns |

37275                                                                1
NOTICE OF MOTION AND MOTION TO DISMISS [F.R.C.P. §12(b)(6)]

| | |
|---|---|
| 1 | municipal corporation; THE CITY OF ) |
| 2 | IMPERIAL, a municipal corporation; ) THE CITY OF CALEXICO, a ) |
| 3 | municipal corporation; THE UNITED ) STATES DRUG ENFORCEMENT ) |
| 4 | AGENCY, a department of the ) United States of America; THE ) |
| 5 | UNITED STATES BORDER ) PATROL, a department of the ) |
| 6 | United States of America; UNITED ) STATES IMMIGRATION AND ) |
| 7 | CUSTOMS ENFORCEMENT, a ) department of the United States of ) |
| 8 | America; and DOES 1 through 30, ) inclusive, ) |
| 9 | Defendants. ) |

**TO: VIRGIE AYALA, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT MARK ANTHONY AYALA; SANDRA BARRAZA, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT MARK ANTHONY AYALA; ANTHONY AYALA, A MINOR BY SANDRA BARRAZA, HIS GUARDIAN, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT MARK ANTHONY AYALA; ANNMAREE AYALA, A MINOR BY SANDRA BARRAZA, HIS GUARDIAN, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT MARK ANTHONY AYALA; NACALLI AYALA, A MINOR BY SANDRA BARRAZA, HIS GUARDIAN, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT MARK ANTHONY AYALA AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on June 15, 2015, at 11:15 a.m., in Courtroom 14A of the United States District Court located at 333 West Broadway, San Diego, California, defendants CITY OF BRAWLEY, CITY OF EL CENTRO and CITY OF IMPERIAL (hereinafter "City defendants") will, and hereby do, move this court to dismiss this action against the City defendants pursuant to Federal Rule of Civil Procedure 12 (b)(6) on the following grounds:

37275

2

NOTICE OF MOTION AND MOTION TO DISMISS [F.R.C.P. §12(b)(6)]

1. The Second Cause of Action for Substantive Due Process fails to state a claim upon which relief may be granted.

2. The Third Cause of Action for Municipal Liability – Ratification fails to state a claim upon which relief may be granted.

3. The Fourth Cause of Action for Failure to Train fails to state a claim upon which relief may be granted.

4. The Fifth Cause of Action for Civil Rights Violation (42 U.S.C. §1983) fails to state a claim upon which relief may be granted.

5. The Sixth Cause of Action for Battery fails to state a claim upon which relief may be granted.

6. The Seventh Cause of Action for Negligence fails to state a claim upon which relief may be granted.

7. The claim for survival damages fails to state a claim upon which relief may be granted.

This motion is based on this Notice and the Memorandum of Points and Authorities, filed concurrently herewith, all pleadings and papers on

///

///

///

///

1 | filed in this action, and upon such other matters as may be presented to the
2 | court at the time of the hearing.
3 |
4 | DATED: May 11, 2015                GIBBS & FUERST, LLP
5 |
6 |                                    BY: <u>s/Michael T. Gibbs</u>
7 |                                         MICHAEL T. GIBBS
                                             STEVEN A. TISI
8 |                                         Attorneys for Defendants
                                             CITY OF BRAWLEY, CITY OF EL
9 |                                         CENTRO and CITY OF IMPERIAL