**GIBBS & FUERST** LLP

600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, Bar No. 076519
Mgibbs@gibbsandfuerst.com
Steven A. Tisi, Bar No. 169006
Stisi@gibbsandfuerst.com

Attorneys for Defendants CITY OF BRAWLEY, CITY OF EL CENTRO and CITY OF IMPERIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIE AYALA, individually and as successor in interest to Decedent Mark Anthony Ayala; SANDRA BARRAZA, individually and as successor in interest to Decedent Mark Anthony Ayala; ANTHONY AYALA, a minor by Sandra Barraza, his guardian, individually and as successor in interest to Decedent Mark Anthony Ayala; ANNMAREE AYALA, a minor by Sandra Barraza, his guardian, individually and as successor in interest to Decedent Mark Anthony Ayala; NACALLI AYALA, a minor by Sandra Barraza, his guardian, individually and as successor in interest to Decedent Mark Anthony Ayala, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF IMPERIAL , DBA AS IMPERIAL COUNTY NARCOTICS TASK FORCE, IMPERIAL COUNTY DISTRICT ATTORNEY'S OFFICE and IMPERIAL COUNTY SHERIFF'S OFFICE; THE CITY OF EL CENTO, a municipal corporation; THE CITY OF BRAWLEY; a municipal corporation; THE CITY OF IMPERIAL, a municipal corporation; | No. 15 CV 0397 LAB NLS <br><br> **PROOF OF SERVICE** <br><br> Hon. Larry Alan Burns |

37272

1

1  THE CITY OF CALEXICO, a )
   municipal corporation; THE UNITED )
2  STATES DRUG ENFORCEMENT )
   AGENCY, a department of the )
3  United States of America; THE )
   UNITED STATES BORDER )
4  PATROL, a department of the )
   United States of America; UNITED )
5  STATES IMMIGRATION AND )
   CUSTOMS ENFORCEMENT, a )
6  department of the United States of )
   America; and DOES 1 through 30, )
7  inclusive, )

8      Defendants. )

37272                            2
                         PROOF OF SERVICE

1

2   I, MICHAEL T. GIBBS, caused the attorney(s) (registered filing users) on the

3   service list herein to be served via e-mail at the e-mail addresses listed below.

4   On May 11, 2015, I served the following documents described as follows:

5
    1.   **NOTICE OF MOTION AND MOTION TO DISMISS [F.R.C.P. §12(b)(6)]**
6

7   2.   **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS [F.R.C.P. §12(b)(6)]**

8   <u>Parties Served:</u>

9
    Eduardo A. Rivera, Esq.
10  <u>Eduardo_a_rivera@yahoo.com</u>          VIRGIE AYALA, individually and as
                                              successor in interest to Decedent Mark
11                                            Anthony Ayala; SANDRA BARRAZA,
                                              individually and as successor in interest
12                                            to Decedent Mark Anthony Ayala;
                                              ANTHONY AYALA, a minor by Sandra
13                                            Barraza, his guardian, individually and
                                              as successor in interest to Decedent
14                                            Mark Anthony Ayala; ANNMAREE
15                                            AYALA, a minor by Sandra Barraza, his
                                              guardian, individually and as successor
16                                            in interest to Decedent Mark Anthony
17                                            Ayala; NACALLI AYALA, a minor by
                                              Sandra Barraza, his guardian,
18                                            individually and as successor in interest
                                              to Decedent Mark Anthony Ayala,
19

20

21

22

23

24

25

26

27

28

37272                                  i
                              PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | John P. McCormick, Esq. | Attorney for Defendant COUNTY OF |
| 2 | JPM@mccormickandmitchell.com | IMPERIAL |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on May 11, 2015, at San Diego, California.

                                                  *s/Michael T. Gibbs*
                                                  MICHAEL T. GIBBS

37272

ii

PROOF OF SERVICE