# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: AYALA v. COUNTY OF IMPERIAL        <u>Case</u> No: 15cv397-LAB (PCL)

<u>HON.</u> Larry Alan Burns        <u>CT. DEPUTY</u>        Rptr.

<u>Present</u>

<u>Plaintiff(s)</u>:    No appearance.

<u>Defendant(s)</u>:    No appearance.

    Currently on calendar for Monday, June 15, 2015 at 11:15 a.m. is a hearing on Defendants' motions to dismiss (Docket nos. 6 and 7). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds these motions suitable for decision without oral argument. Accordingly, the hearing on these motions is taken off calendar and these matters are taken under submission. No appearances will be required in these matters on June 15, 2015.

DATED: June 10, 2015                                        INITIALS:  MDM  Law Clerk